476

ZIFFRIN TRUCK LINES, Inc., Appellant, v.
AXTON–FISHER TOBACCO CO.,
Inc., Appellee.

No. 8929.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1942.

Samuel M. Rosenstein, of Frankfort, Ky., and Jackiel W. Joseph, of Indianapolis, Ind., for appellant.

Woodward, Dawson & Hobson and Allen & Clarke, all of Louisville, Ky., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral arguments of counsel. And no reversible error appearing in the record, it is ordered that the judgment appealed from be and it hereby is affirmed for the reasons stated in the memorandum of the District Court, 36 F. Supp. 777.